UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MCARTHUR LYNCH, JR.,**
    Plaintiff,

v.    2:21-cv-650-CLM-SGC

**OMAR T. PARKER, et al.,**
    Defendants.

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court dismiss this case without prejudice for failure to pay the filing fee under the "three strikes" provision of 28 U.S.C. § 1915(g). (Doc. 6). The magistrate judge advised the plaintiff of his right to file written objections within 14 days. But the court hasn't received any objections.

Having considered the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this case for failure to pay the filing fee under 28 U.S.C. § 1915(g).

**Done** on June 9, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE